# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

VICTORIA RIVERA,

      Plaintiff,

      vs.

                             Case No. 8:14-CV-02564

REGIONAL ADUSTMENT BUREAU, INC.,

      Defendants.

_____/

## NOTICE OF PENDING SETTLEMENT

      Plaintiff, VICTORIA RIVERA, by and through her undersigned counsel, hereby submits this Notice of Pending Settlement and states that the parties have reached a verbal settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents.  Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

                           Respectfully submitted,

                           _____/s/ G. Donald Golden_____

                           G. DONALD GOLDEN, ESQUIRE
                           Florida Bar No. 0137080
                           E-Mail:  don@brandonlawyer.com
                           THE GOLDEN LAW GROUP
                           808-A Oakfield Drive
                           Brandon, Florida   33511
                           Telephone:  (813) 413-8700
                           Facsimile:   (813) 413-8701
                           Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

      **I HEREBY CERTIFY** that a true and correct copy of the foregoing **NOTICE OF PENDING SETTLEMENT** has been provided via regular U.S. mail, postage prepaid, or electronically, to:  WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP, Attorneys for Defendant; on this 14th day of January , 2015.

                           _____/s/ G. Donald Golden_____

                           G. DONALD GOLDEN, ESQUIRE
                           THE GOLDEN LAW GROUP